Chris and Carol ARMACOST,
Respondent,

v.

REDMOND BUILDING CORPORATION,
Appellant.

No. WD 53779.

Missouri Court of Appeals,
Western District.

Submitted May 7, 1997.

Decided Aug. 12, 1997.

John E. Redmond, Kansas City, for appellant.

Steven H. Mustoe, Kansas City, for respondent.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

### ORDER

PER CURIAM:

Redmond Building Corporation appeals the judgment in a breach of contract case. Having considered the arguments on appeal, the court concludes that the judgment should be affirmed. A published opinion would have no precedential value. A memorandum as to the reasons for the decision has been furnished to the parties.

The judgment is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Robert M. HAYES, Appellant.

No. WD 52885.

Missouri Court of Appeals,
Western District.

Submitted May 7, 1997.

Decided Aug. 12, 1997.

Rosalynn Koch, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

### ORDER

PER CURIAM:

Robert M. Hayes appeals his conviction, after jury trial, of robbery in the first degree, § 569.020, RSMo 1994, kidnapping, § 565.110, and armed criminal action, § 571.015, for which he was sentenced as a prior and persistent offender to consecutive terms of twenty years, twenty years and five years, respectively. This court has carefully considered the arguments on appeal, and found them to be without merit. A published opinion would not have precedential value. A memorandum opinion as to the reasons for the decision has been furnished to the parties. The judgment is affirmed. Rule 30.25(b).